**Jacob Puritsky, by Frieda Puritsky, appellee, v. Globman Brothers, Inc., appellant. Gen. No. 32,121.**

Action for personal injuries to bicyclist from colliding with motor truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. J. P. Mooneyham, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

John A. Bloomingston, for appellant. Alfred Roy Hulbert, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

**Bertha White, appellant, v. Albert White, appellee. Gen. No. 32,165.**

Appeal from order permitting father to take minor child for six weeks trip, by divorced mother having custody of child. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Appeal dismissed. Opinion filed February 9, 1928.

Samuel B. Blanksten, Kernal Freeman and Aaron Soble, for appellant. Lester E. Williams, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

**Carl A. Westberg, appellee, v. Yellow Cab Company, appellant. Gen. No. 32,177.**

Action for damages to automobile colliding with another. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Samuels, Costello & Greenberg, for appellant; John W. Costello and Edward Wolfe, of counsel. James S. Ryan, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

**Sol C. Nudelman, appellee, v. Charles L. Keller, appellant. Gen. No. 32,186.**

Action on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Morris Schaeffer, for appellant; Edward J. McArdle, Jr., of counsel. Perlman, Goodman & Scolnik, for appellee; Alexander T. Spare, of counsel.

Mr. Justice Wilson delivered the opinion of the court.